IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOLECE Y. ELDRIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2524-KHV |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | |

## ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

Now, on this 16th day of June, 2005, the Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $4,800.00.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of $4,800.00 which shall be paid to Plaintiff's attorney.

IT IS SO ORDERED.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

APPROVED BY:

s/ James H. Green
James H. Green  Bar # 23350
1734 E 63rd Street, Suite 602
Location One Building
Kansas City, Missouri 64110
(816) 361-4400
(816) 361-5911 Fax
Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

s/ David D. Zimmerman
DAVID D. ZIMMERMAN
Assistant United States Attorney
N.C. S. Ct. No. 23486
500 State Avenue, Suite 360
Kansas City, KS  66101-2433
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
david.zimmerman@usdoj.gov (email)
        Attorneys for Defendant

ELECTRONICALLY SUBMITTED

Attorney for the United States